NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILLIP K. LEOPARD,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1227

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00329-DAT, Judge David A. Tapp.

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

2                                                    LEOPARD V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

February 2, 2026
Date

Jarrett B. Perlow
Clerk of Court